```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

JON M. CUMBERLAND                                    PLAINTIFF

VS.
                         CIVIL ACTION NO. 3:20CV447TSL-RPM

BELK DEPARTMENT STORES, INC., ET AL.                DEFENDANTS

## JUDGMENT

This cause comes before the court <u>sua</u> <u>sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter.  Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED and ADJUDGED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 9th day of November, 2020.


                              /s/ Tom S. Lee_____
                              UNITED STATES DISTRICT JUDGE